```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

TRENIECE MIXON, :

    Plaintiff, :

vs. :

                                   CIVIL ACTION 06-0200-M

JO ANNE B. BARNHART, :
Acting Commissioner of
Social Security, :

    Defendant. :

## MEMORANDUM OPINION AND ORDER

In this action under 42 U.S.C. §§ 405(g) and 1383(c)(3), Plaintiff seeks judicial review of an adverse social security ruling which denied claims for disability insurance benefits and Supplemental Security Income (Docs. 10).  The parties filed written consent and this action has been referred to the undersigned Magistrate Judge to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73 (*see* Doc. 14).

Defendant has filed a Motion and Memorandum for Entry of Judgment Pursuant to Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to the Defendant (Doc. 11).  Defendant has stated that Plaintiff's attorney has no objection to the motion (Doc. 11, p. 2).

Defendant states that

> [o]n remand by the Court, the Appeals Council
> will remand this case to an Administrative
> Law Judge (ALJ) with instruction to further
> evaluate and consider [whether] Plaintiff's
> alleged mental and physical impairments meet

>      or equal the requirements of Listing 12.05C.
>      The ALJ will take any further action
>      necessary to complete the administrative
>      record and issue a new decision.

(Doc. 12, p. 1).  This is a tacit admission that Plaintiff's application was not appropriately considered and that this action should be reversed.  Without reviewing the substantive evidence of record, this Court accepts Defendant's acknowledgment of error.

It appears to the Court that the decision of the Secretary should be reversed and remanded.  Such remand comes under sentence four of 42 U.S.C. § 405(g).  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  For further procedures not inconsistent with this report, see *Shalala v. Schaefer*, 509 U.S. 292 (1993).

Therefore, it is **ORDERED**, without objection from Plaintiff, that Defendant's Motion to Remand under sentence four be **GRANTED** (Doc. 11) and that this action be **REVERSED** and **REMANDED** to the Social Security Administration for further administrative proceedings not inconsistent with the orders of this Court.  Judgment will be entered by separate order.

DONE this 18th day of September, 2006.

> s/BERT W. MILLING, JR.
> UNITED STATES MAGISTRATE JUDGE