```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

TRENIECE MIXON,                     :

      Plaintiff,                    :

vs.                                 :
                                          CIVIL ACTION 06-0200-M
JO ANNE B. BARNHART,                :
Acting Commissioner of
Social Security,                    :

      Defendant.                    :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Treniece Mixon and against Defendant Jo Anne B. Barnhart.

DONE this 18th day of September, 2006.

                                                          <u>s/BERT W. MILLING, JR.</u>
                                                        UNITED STATES MAGISTRATE JUDGE