```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

TRENEICE MIXON,                       :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :    CIVIL ACTION 06-0200-M
                                      :
JO ANNE B. BARNHART,                  :
Commissioner of                       :
Social Security,                      :
                                      :
    Defendant.                        :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED AND DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that counsel for Plaintiff, John G. Baylor, Jr., be and is hereby **AWARDED** an EAJA attorney's fee in the amount of $2,315.00.

DONE this 15th day of December, 2006.

                                               <u>s/BERT W. MILLING, JR.</u>
                                               UNITED STATES MAGISTRATE JUDGE